IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JEFFREY POWELL,** | : | |
| **Plaintiff** | : | |
| VS. | : | |
| | : | CIVIL No: 5:15-CV-434-MTT-CHW |
| **MONROE COUNTY GEORGIA,** | : | |
| **Defendant** | : | |

## ORDER

Plaintiff Jeffery Powell, a pretrial detainee at the Monroe County Jail in Forsyth, Georgia, mailed two letters to this Court to complain about his lack of access to the jail's law library and the inaccessibility (or inadequacy) of his public defender. Plaintiff, however, has not filed any response to the Court's orders for him to recast his complaint and pay the required filing fee. *See* Order Dec. 2, 2015, ECF No. 4; Show Cause Order, Jan 12, 2016, ECCF No. 5. Because of his failure to respond and diligently prosecute the case, the Court now presumes that Plaintiff is not interested in pursuing the present lawsuit, and his letters should not have been construed as an attempt to initiate a *pro se* civil rights action. This action is accordingly **DISMISSED WITHOUT PREJUDICE**, and the dismissal shall not count as a "strike" for the purpose of 28 U.S.C. § 1915(g).

**SO ORDERED** this 23rd day of February, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT